**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Angelo Dominic Lombardo    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: (City & State) Lauderdale by the Sea, Florida

Birth date (Yr only): 1995   SSN (last4#): 0756   Sex: M   Race: White   Nationality: USA

**Defense Counsel if known:** Jeffrey Miller    Address: 14 Beach Street, #506 Boston MA 02108

**Bar Number**

**U.S. Attorney Information:**

**AUSA** J. Mackenzie Duane    Bar Number if applicable: N/A

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 07/12/2021

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Nashua Street Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/28/2022    Signature of AUSA: *[signature]*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Angelo Dominic Lombardo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1591(a)(1) | Sex Trafficking by Force, Threats of Force, Fraud, Coercion or any Combination of Such Means | 2 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____